IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN JOSHUA DINKLE, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL CASE NO. 2:23-cv-218-ECM |
| STATE OF ALABAMA, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On June 1, 2023, the Magistrate Judge entered a Recommendation (doc. 15) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and that this case is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

A separate Final Judgment will be entered.

Done this 20th day of July, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE